# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DELTA S INVESTMENT FACILITY, LLC, | Case No.: 2:19-cv-00068-APG-PAL |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| VINCENT PLUVINAGE, | |
| Defendant | |

In light of plaintiff Delta S Investment Facility, LLC's response to the order to show cause (ECF No. 6),

IT IS ORDERED that the order to show cause (ECF No. 4) is deemed satisfied and I will not dismiss this case for lack of subject matter jurisdiction.

DATED this 17th day of January, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE