1  TYLER R. ANDREWS
   Nevada Bar No. 9499
2  JASON K. HICKS
   Nevada Bar No. 13149
3  GREENBERG TRAURIG, LLP
   10845 Griffith Peak Drive, Suite 600
4  Las Vegas, Nevada 89135
   Telephone:  (702) 792-3773
5  Fax:        (702) 792-9002
   Email: andrewst@gtlaw.com
6         hicksja@gtlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DELTA S INVESTMENT FACILITY, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT PLUVINAGE, an individual,<br><br>Defendant. | CASE NO.: 2:19-cv-00068-APG-PAL<br><br>**STATUS REPORT** |

Plaintiff Delta S Investment Facility, LLC, by and through its counsel of record, Greenberg Traurig, LLP, submits this status report in response to the Court's January 7, 2020 minute order issued pursuant to Local Rule 41-1. ECF No. 12.

Since the filing of this action, Plaintiff and Defendant, Vincent Pluvinage, were able to tentatively resolve this matter to their mutual satisfaction without the need for further litigation. Plaintiff respectfully requests that the Court refrain from dismissing this matter until May 2020 so that the parties may take the additional, necessary actions pursuant to that resolution, after which point the matter should be resolved and Plaintiff will file the proper paperwork for a final dismissal.

/ / /

/ / /

/ / /

1

*ACTIVE 48693244v1*

Based upon the foregoing, Plaintiff respectfully requests that the Court impose a deadline of May 15, 2020 by which Plaintiff shall file the paperwork necessary to formally dismiss this matter or, in the alternative, shall file a report advising the Court of the status of the matter at that time.

DATED this 6th day of February 2020.

>GREENBERG TRAURIG LLP
>
> */s/ Tyler R. Andrews*
> TYLER R. ANDREWS
> Nevada Bar No. 9499
> JASON K. HICKS
> Nevada Bar No. 13149
> 10845 Griffith Peak Drive, Suite 600
> Las Vegas, Nevada 89135
> *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 7, 2020.

*ACTIVE 48693244v1*